# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Leroy Hall McCoy,<br><br>    Petitioner,<br><br>v.<br><br>Calvin Johnson, et al.,<br><br>    Respondents. | Case No.: 2:21-cv-01966-APG-EJY<br><br>**Order Denying Application to Proceed in Forma Pauperis and Directing Payment of Filing Fee**<br><br>[ECF No. 1] |

This is a habeas corpus action under 28 U.S.C. § 2254. Petitioner has submitted an application to proceed in forma pauperis.[1] Petitioner did not submit a financial certificate signed by a prison official, but the statements attached to the application show that he has enough money to pay the filing fee of $5.00.

IT THEREFORE IS ORDERED that the application to proceed in forma pauperis (ECF No. 1) is **DENIED**. Petitioner will have 45 days from the date that this order is entered to have the filing fee of $5.00 sent to the clerk of the court. Failure to comply will result in the dismissal of this action.

IT FURTHER IS ORDERED that the clerk of the court send petitioner two copies of this order. Petitioner must make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED: November 1, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 1.