UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Leroy Hall McCoy,<br><br>   Petitioner,<br><br>v.<br><br>Calvin Johnson, et al.,<br><br>   Respondents. | Case No.: 2:21-cv-01966-APG-EJY<br><br>**Order Directing Clerk to Remove Restrictions on Prior Order, Directing Clerk to Provide Respondents Copies of All Prior Orders and Filings, and Directing Respondents to Respond to Petition**<br><br>[ECF No. 8, 9] |

   This is a habeas corpus matter under 28 U.S.C. § 2254.  In my order of January 13, 2022, I set a briefing schedule for the petition.[1]  Petitioner Leroy McCoy has filed a notice, in which he states that respondents have not filed a response within the allotted time.[2]  Although McCoy is correct, it is not respondents' fault.  My order of January 13, 2022, is restricted to court users and the applicable parties, which includes McCoy but does not include respondents.  The notice of electronic filing for that order shows that it has not been served on respondents.  Respondents have not filed a response because respondents did not know that they needed to file a response.  I will direct the clerk to remove the restrictions on the January 13, 2022 order and to provide respondents with copies of all filings in this action.

   IT IS THEREFORE ORDERED that the clerk of the court remove the restrictions to court users and applicable parties on the order of January 13, 2022 (ECF No. 8).

---

[1] ECF No. 8.

[2] ECF No. 9.

IT FURTHER IS ORDERED that the clerk provide copies of this order and all prior filings to the Attorney General in a manner consistent with the clerk's current practice, such as regeneration of notices of electronic filing to the office of the Attorney General only.

IT FURTHER IS ORDERED that respondents will have 60 days from the date of entry of this order to file a response to the petition (ECF No. 6).

IT FURTHER IS ORDERED that in all other respects, the briefing schedule of the court's order of January 13, 2022 (ECF No. 8), will apply.

DATED: March 30, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE