# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEROY HALL MCCOY,<br><br>    Petitioner<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>    Respondents | Case No.: 2:21-cv-01966-APG-EJY<br><br>**ORDER** |

Respondents seek an extension of time to file a response to Leroy Hall McCoy's 28 U.S.C. § 2254 petition for writ of habeas corpus, in part because they are waiting for portions of the state-court record (ECF No. 12). Good cause appearing,

I ORDER that respondents' motion for extension of time to respond to the petition (ECF No. 12) is **GRANTED. The deadline to respond to the petition for writ of habeas corpus is extended to August 29, 2022**.

Dated: June 2, 2022

                                                                          _____
                                                          U.S. District Judge Andrew P. Gordon