# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEROY HALL MCCOY,<br><br>　　　Petitioner<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>　　　Respondents | Case No.: 2:21-cv-01966-APG-EJY<br><br>**Order Granting Extension of Time to Respond to Petition to September 28, 2022**<br>**(ECF No. 14)** |

Respondents seek an extension of time to file a response to Leroy Hall McCoy's 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF No. 14). Good cause appearing,

I ORDER that respondents' motion for extension of time to respond to the petition (ECF No. 14) is **GRANTED**. **The deadline to respond to the petition for writ of habeas corpus is extended to September 28, 2022**.

Dated: September 6, 2022

_____
U.S. District Judge Andrew P. Gordon