# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEROY HALL MCCOY,<br><br>　　　Petitioner<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>　　　Respondents | Case No.: 2:21-cv-01966-APG-EJY<br><br>**Order Granting Motion for Copy of Docket Sheet**<br><br>(ECF No. 30) |

　　　Pro se 28 U.S.C. § 2254 habeas corpus petitioner Leroy Hall McCoy filed a "motion for summary," which appears to be a motion for a copy of the docket sheet. (ECF No. 30). Good cause appearing,

　　　I ORDER that petitioner's motion for summary **(ECF No. 30) is GRANTED**. The Clerk of Court is directed to SEND to petitioner a copy of the docket sheet.

　　　Dated: April 20, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Andrew P. Gordon